**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-0450-JRG |
| vs. | § § | LEAD CASE |
| CITIBANK, NA | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-0596-JRG |
| vs. | § § | CONSOLIDATED CASE |
| ACTIONTEC ELECTRONICS, INC. | § § | |
| Defendant. | § § | |

## ORDER

On this day the Court considered the Joint Motion to Dismiss Actiontec Electronics (Dkt. No. 100).  It is therefore ORDERED that all claims by Symbology Innovations, LLC against Actiontec Electronics, Inc. are DISMISSED WITH PREJUDICE, and all claims by Actiontec Electronics, Inc. against Symbology Innovations, LLC are DISMISSED AS MOOT with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 20th day of September, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE